UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00546-FDW-DSC

| | | |
|---|---|---|
| FELICIA CUNNINGHAM and ERWINETTE PEREZ SANTOS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF HEARING |
| FOLGER AUTOMOTIVE, LLC, dba Williams Buick GMC, | ) ) ) | |
| Defendant. | ) ) | |

TAKE NOTICE that a pretrial conference will take place immediately following docket call on Monday, January 4, 2021, at 9:30 a.m. in Courtroom #2-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The parties' joint pretrial submissions required by the Case Management Order in this case (Doc. No. 7) shall be due Friday, December 11, 2020.

SO ORDERED.

Signed: November 16, 2020

Frank D. Whitney
United States District Judge