UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00546-FDW-DSC

| FELICIA CUNNINGHAM and ERWINETTE PEREZ SANTOS, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| FOLGER AUTOMOTIVE, LLC, dba Williams Buick GMC, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court, *sua sponte*, concerning the status of this case. On January 7, 2020, counsel for all parties jointly confirmed via email to Chambers of the undersigned that the parties have reached an agreement to resolve all issues in this case and "finalized the settlement details." In light of the impending date for trial in this matter, the Court hereby orders this matter to be DISMISSED without prejudice to the right of any party to reopen the case if the settlement is not consummated within twenty-eight (28) days.

IT IS SO ORDERED.

Signed: January 7, 2021

Frank D. Whitney
United States District Judge